Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
Faryar Barzin, State Bar No. 317614
E-Mail: fbarzin@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHELLE CONTRERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DANIEL EVERTS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, AND DOES 1 TO 10,<br><br>Defendants. | CASE NO. 2:19-cv-10897-DSF (MAAx)<br><br>[Assigned to Hon. Dale S. Fischer, Courtroom "7D"]<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

**PLEASE TAKE NOTICE** that the parties have reached a settlement of this entire case conditioned upon approval from the County of Los Angeles Claims Board and County of Los Angeles Board of Supervisors.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: December 9, 2020 | MGDESYAN LAW FIRM |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Araksya Boyadzhyan |
| 5 | | GEORGE G. MGDESYAN<br>ARAKSYA BOYADZHYAN |
| 6 | | Attorneys for Plaintiff, MICHELLE CONTRERAS |
| 7 | | |
| 8 | | |
| 9 | DATED: December 9, 2020 | SEKI, NISHIMURA & WATASE LLP |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Janet L. Keuper |
| 13 | | GILBERT NISHIMURA<br>JANET L. KEUPER |
| 14 | | Attorneys for Defendant, DANIEL EVERTS |
| 15 | | |
| 16 | | |
| 17 | DATED: December 9, 2020 | HURRELL CANTRALL LLP |
| 18 | | |
| 19 | | |
| 20 | | By: /s/ Diane Martinez |
| 21 | | THOMAS C. HURRELL<br>DIANE MARTINEZ |
| 22 | | FARYAR BARZIN |
| 23 | | Attorneys for Defendants, COUNTY OF LOS ANGELES and LOS ANGELES |
| 24 | | COUNTY SHERIFF'S DEPARTMENT |

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-2-