JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CONTRERAS, an individual<br>   Plaintiff,<br><br>V.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; DANIEL EVERTS, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, DOES 1 TO 10,<br>   Defendants. | Case No: 2:19-cv-10897-DSF-MAA<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the stipulation of the parties, the Court dismisses *with prejudice* the above-entitled action in its entirety.

IT IS SO ORDERED.

Dated: June 15, 2021

_____
**UNITED STATES DISTRICT JUDGE**

1